RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

ORIGINAL

JUN 11 2013

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

**RWS**

UNITED STATES DISTRICT COURT
FOR THE NORTMYN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANGELA L. STANLEY. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | _____ |
| | ) | **1:13-CV-1937** |
| | ) | |
| TURNER ENTERTAINMENT | ) | |
| NETWORKS, INC. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

COMES NOW the Plaintiff Angela L. Stanley ("I" or "me") and files this
Complaint showing the Court as follows:

## PARTIES

1. I am an African-American citizen of the United States and I reside at 2701
Crestlane Drive, Smyrna, GA 30080, Cobb County which is located within the Northern
District of Georgia.

2. At all times relevant to the claims outlined herein, I was employed by Turner
Entertainment Networks, Inc. ("Turner" and "Defendant").

3. Defendant is a Georgia corporation having its principal place of business at 1050
Techwood Drive Atlanta, GA 30318, Fulton County and is subject to service of process

its registered agent, CT Corporation System, 1201 Peachtree Street NE Atlanta, GA 30361.

4.  Defendant employs in excess of 500 individuals.

## JURISDICTION AND VENUE

5.  This lawsuit arises from unlawful race discrimination, religious discrimination, and retaliation perpetrated by the Defendant against me in violation of 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, as well as negligent infliction of emotional distress.  Therefore, original, federal question jurisdiction is vested in this Court by virtue of 42 U.S.C. § 2000e-5 and 28 U.S.C. § 1331 and 1343(a).

6.  I was a covered "employee" as defined under Title VII and § 1981 at all times during my employment with Turner.

7.  Turner was a covered "employer" as defined under Title VII and § 1981 at all times during my employment with Turner.

8.  I am an African-American female and I am therefore within a protected class under Title VII and § 1981.

9.  Venue is appropriate in this Court under 28 U.S.C. § 1391(b) as this action is brought in a judicial district in which the Defendant resides or may be found at the time the action is commenced.

10. I filed a timely charge of discrimination and retaliation with the Equal Employment Opportunity Commission ("EEOC") on February 16, 2012, followed by an amended charge filed March 8, 2012, adding a claim arising out of my discharge.  Both charges are incorporated into this complaint (**attached hereto as Exhibit A**).

11. I received a Notice of Right to Sue letter from the EEOC on March 12, 2013 (**attached hereto as Exhibit B**).

12. This Complaint is being timely filed within 90 days of my receipt of the EEOC's Notice of Right to Sue, issued on March 12, 2013.

## FACTS RELATED TO ALL COUNTS

13. In November 2002, I began working full-time for Turner as a Coordinator. Shortly thereafter, I was promoted to Assistant Marketing Manager.

14. In or around July 2011, Scott Thomas, Vice President of Cartoon Network became my Executive Department Head.

15. Immediately after VP Thomas took over my department, I was subjected to different terms and conditions of employment with respect to assignment of work and failure to recognize professional accomplishments. This behavior was motivated by my race.

16. Non-minority colleagues were regularly given public praise for their work and received better work assignments. Further, they were not subject to the same strict scrutiny as I was, as well as other African-American colleagues. This behavior was motivated by race.

17. On or about September 2011 I engaged in protected activity by notifying my supervisor, Cymonda Wilson, on several occasions of my complaint that my disparate treatment by VP Thomas was due to racial discrimination.

18. Because my complaint was not properly investigated, on or about December 2, 2011, I engaged in further protected activity by notifying Turner's Human Resources

Manager, Cristell Whitfield, that I was being subject to racial and religious discrimination as well as a hostile working environment by VP Thomas.

19. Turner's HR completed an investigation into my claims of race discrimination and retaliation and concluded, via memorandums on December 13, 2011 and January 12, 2012, that no discrimination or retaliation existed.

20. Turner's investigation into my claims was flawed because it was neither thorough nor impartial.

21. On February 2, 2012 I received a very harsh and dishonest Performance Corrective Notice from VP Thomas.

22. On February 16, 2012, I filed EEOC Charge No. 410-2012-02373, alleging race discrimination and retaliation for engaging in protected activity.

23. On February 28, 2012, Turner terminated my employment, allegedly based on poor performance.

## Count One:  Title VII and §1981 Retaliation

24. I restate and reallege the allegations contained in ¶¶ 1 through 23 of this Complaint as though set forth here in full.

25. Turner issued a false Performance Corrective Action and subsequently terminated my employment in retaliation for my protected complaints of racial discrimination to Turner management, in violation of Title VII and § 1981.

26. I have suffered substantial and lifelong economic damages and I am entitled to recover back pay, front pay, compensatory damages including but not limited to damages for emotional distress, and punitive damages under Title VII and §1981 in an amount to be determined by the enlightened conscience of the jury.  To the extent an attorney

becomes involved in this matter, I am entitled to an award of attorney's fees, costs, and prejudgment interest in an amount to be determined by the Court.

## Count Two: Negligent Infliction of Emotional Distress

27. I restate and reallege the allegations contained in ¶¶ 1 through 26 of this Complaint as though set forth here in full.

28. Defendant's discriminatory and retaliatory conduct described herein was extreme and outrageous and directly caused me to suffer severe psychological and emotional distress, including severe and pervasive feelings of dejection, rejection, and depression.

29. I have suffered and continue to suffer damages as a result of Turner's unlawful conduct.

30. As a direct and proximate result of Turner's actions, I have suffered severe emotional distress, mental pain and suffering, and adverse physical consequences.

31. As a direct and proximate result of Turner's actions, I have suffered medically significant and diagnosable distress, which may very well lead to lifelong disability.

## PRAYER FOR RELIEF

WHEREFORE, I respectfully demand the following relief:

A. That the Court enter judgment in favor of me;

B. An award to me of full back pay, front pay, compensatory damages, including, but not limited to damages for emotional distress and dignity injury, punitive damages in an amount to be determined at trial.

C. That I be granted costs and expenses of this litigation;

D. That the Court retain jurisdiction over Defendant until such time as it is satisfied

that they have remedied the practices complained of and are determined to be in

full compliance with the law; and

E. Such other and further relief as the Court may deem just and appropriate.

**PLAINTIFF REQUESTS A TRIAL BY JURY.**

Respectfully submitted this ___ day of June, 2013.

Angela Stanley, *Pro Se*
2701 Crestlane Drive
Smyrna, GA 30080
(404) 312-2564

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2012-29834 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Angela L. Stanley | (404) 312-2564 | 07-22-1977 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2701 Crestlane Drive, Smyrna, GA 30080 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TURNER ENTERTAINMENT NETWORKS | 500 or More | (404) 827-1700 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1050 Techwood Dr, Atlanta, GA 30318 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 02-28-2012    Latest 02-28-2012

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On February 16, 2012, I filed EEOC Charge No. 410-2012-02373. On February 28, 2012, I was discharged.

The reason given for my discharge was performance.

I believe that I have been retaliated against for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

MAR 0 8 2012

EEOC-ATDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 08, 2012<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year). |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2012-02373 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Angela L. Stanley** | **(404) 312-2564** | **07-22-1977** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2701 Crestlane Drive, Smyrna, GA 30080** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **TURNER ENTERTAINMENT NETWORKS** | **500 or More** | **(404) 827-1700** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1050 Techwood Dr, Atlanta, GA 30318** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-01-2011**     Latest **02-16-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above-named employer in November 2002, as a Coordinator. I was later promoted to Assistant Marketing Manager. In or around July 2011, Vice President of Cartoon Network Consumer Marketing, Scott Thomas, began supervising my department. Since then I have been continuously subjected to different terms and condition of employment in regards to assignments. Beginning September 2011, I made several internal complaints to my Supervisor, Cymonda Wilson, about racial discrimination. On December 2, 2011, I made a formal complaint to Human Resource Manager, Cristell Whitfield, about racial and religious discrimination. On February 2, 2012, I received a Performance Corrective Notice.

I believe that I have been discriminated against because of my race (African American), my religion (Christianity), and in retaliation for opposing an unlawful employment practice in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>FEB 1 6 2012 |
| Feb 16, 2012<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>EEOC-ATDO |

# EXHIBIT B

Case 1:13-cv-01937-RWS   Document 2   Filed 06/11/13   Page 11 of 12

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Angela L. Stanley
2701 Crestlane Drive
Smyrna, GA 30080

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL *(29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2012-29834 | Brian Kent, Investigator | (404) 562-6826 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

MAR 1 2 2013
*(Date Mailed)*

Enclosures(s)

cc: Ilene W. Berman, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

E. Duane Jones, Esq.
5102 Covington Highway
Decatur, Georgia 30035

Enclosure with EEOC
Form 161-B (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** —    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**    —    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**    —    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**    —    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*